No. 81–1428. GRAND LABORATORIES, INC. *v.* SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 8th Cir. Certiorari denied. ▇

No. 81–1434. FRANK *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. ▇

No. 81–1455. HOWARD *v.* BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF WELD, COLORADO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–1481. LAMB *v.* EQUIFAX SERVICES, INC. Ct. App. Ky. Certiorari denied. ▇

No. 81–1492. STANDARD DRYWALL, INC. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ▇

No. 81–1535. FACTORS ETC., INC., ET AL. *v.* PRO ARTS, INC., ET AL. C. A. 2d Cir. Certiorari denied. ▇

No. 81–1545. RKO GENERAL, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. ▇

No. 81–1550. MELICHAR *v.* OST. C. A. 4th Cir. Certiorari denied. ▇

No. 81–1554. CLARK ET AL. *v.* CITY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied. ▇

No. 81–1555. CITY OF ALLEN PARK *v.* MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied. ▇